No. 00–10600. DASINGER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10601. SERRANO *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10602. MOORE *v.* HINKLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–10603. STEWART *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–10605. REYES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10606. BRIGGMAN *v.* FRANK, DEPUTY SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON. C. A. 3d Cir. Certiorari denied.

No. 00–10608. TINSLEY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–10609. TORRES-MEZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10610. JOHNSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–10611. SINGLETON *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10612. REVERE *v.* WEST VIRGINIA. Cir. Ct. Ohio County, W. Va. Certiorari denied.

No. 00–10613. ANDERSON *v.* MOSLEY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10614. MACK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10615. ELFAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.